**Motion GRANTED and Order filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00143-CV

_____

**IN RE MARK ATHANS, OMAR MARTINEZ AND PRESTIGE SURGICAL ASSISTANTS LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-05129**

---

## ORDER

On February 18, 2015, relators Mark Athans, Omar Martinez and Prestige Surgical Assistants LLC filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, Texas, to set aside his May 29, 2014

1

order granting a new trial entered in trial court number 2013-05129, styled *American Surgical Assistants, Inc. d/b/a American Surgical Professionals v. Mark Athans, et al.*

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On February 18, 2015, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for mandamus relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2013-05129, *American Surgical Assistants, Inc. d/b/a American Surgical Professionals v. Mark Athans, et al.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

The real party in interest filed a response in the prior related mandamus proceeding. The real party in interest may rely on its previously filed response or it may file a new response to the petition for writ of mandamus. If the real party in interest chooses to file a new response to the petition for writ of mandamus, the court orders that such response be filed in this court on or before March 5, 2015**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.